1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| COLOR ME HOUSE INC., | ) | No.  12-05935-RJB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND PERMANENT |
| | ) | INJUNCTION |
| vs. | ) | |
| | ) | NOTED FOR HEARING: |
| DISCOVERY COMMUNICATIONS, INC., | ) | July 3, 2013 |
| and MERCHSOURCE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **STIPULATION**

The parties jointly move the Court for entry of a permanent injunction and to close this case as follows:

1.      Discovery Communications, Inc., and MerchSource, LLC, and their employees, agents, and any person or entity over which Discovery and/or MerchSource has control, are permanently enjoined from displaying, advertising, selling, or offering for sale cardboard play structures distributed by MerchSource and bearing the words "Color Me" or "COLOR ME" on their packaging ("Covered Products").

2.      Discovery and MerchSource shall use all reasonable efforts to stop any person or entity to which MerchSource distributed the Covered Products from advertising the Covered Products using the words "Color Me" or "COLOR ME."  The requirement to use all reasonable

STIPULATION AND PERMANENT
INJUNCTION -- 1

**ATKINS IP**
93 South Jackson Street #18483
Seattle, WA 98104-2818
(206) 628-0983/Fax: (206) 299-3701

efforts is satisfied whereby Discovery and MerchSource, within three (3) business days of receiving notice from Color Me of an instance of a person or entity using the words "Color Me" to market cardboard products sold to it by MerchSource, contact such persons or entities (through their normal course of business contacts) to request that those persons or entities modify the description of such items to comply with the permanent injunction.

3.    Notwithstanding anything to the contrary herein, the permanent injunction does not apply to sales of remaining inventories of Covered Products in the possession of MerchSource's customers as of the entry of this permanent injunction.  Such customers will be allowed to sell through their remaining inventory of Covered Products.

4.    The parties' claims and counterclaims otherwise shall be dismissed with prejudice, with no award of attorney's fees or costs to any party.

5.    The Court shall retain jurisdiction over the parties for purposes of enforcing this injunction.

Respectfully submitted this 3rd day of July, 2013.

By /s/ Michael G. Atkins
    Michael G. Atkins
    WSBA# 26026
    Atkins Intellectual Property, PLLC
    93 South Jackson Street #18483
    Seattle, WA 98104-2818
    T (206) 628-0983/F (206) 299-3701
    E-mail:  mike@atkinsip.com

By /s/ Venkat Balasubramani
    Venkat Balasubramani
    WSBA# 28269
    Focal PLLC
    800 Fifth Avenue, Suite 4100
    Seattle, WA 98104-3100

    Attorneys for Plaintiff Color Me House Inc.

STIPULATION AND PERMANENT
INJUNCTION -- 2

**ATKINS IP**
93 South Jackson Street #18483
Seattle, WA 98104-2818
(206) 628-0983/Fax: (206) 299-3701

1

By /s/ Edward F. O'Connor
    Edward F. O'Connor

2
    Connie Limperis

3
    Jennifer Hamilton
    *Pro Hac Vice*

4
    The Eclipse Group
    2020 Main Street, Suite 600

5
    Irvine, CA 92614

6
By /s/ H. Troy Romero
    H. Troy Romero

7
    WSBA# 19044
    Craig Simmons

8
    WSBA# 38064

9
    Romero Park P.S.
    155 108th Avenue, NE Suite 202

10
    Bellevue, WA 98004

11
    Attorneys for Defendants Discovery
    Communications Inc. and MerchSource, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND PERMANENT
INJUNCTION -- 3

**ATKINS IP**
93 South Jackson Street #18483
Seattle, WA 98104-2818
(206) 628-0983/Fax: (206) 299-3701

**ORDER**

Having reviewed the foregoing stipulation and deeming itself fully advised, the Court finds and orders as follows:

1.    The relief requested in parties' stipulation is granted.

2.    Discovery Communications, Inc., and MerchSource, LLC, and their employees, agents, and any person or entity over which Discovery and/or MerchSource has control, are permanently enjoined from displaying, advertising, selling, or offering for sale cardboard play structures distributed by MerchSource and bearing the words "Color Me" or "COLOR ME" on their packaging ("Covered Products").

3.    Discovery and MerchSource shall use all reasonable efforts to stop any person or entity to which MerchSource distributed the Covered Products from advertising the Covered Products using the words "Color Me" or "COLOR ME."  The requirement to use all reasonable efforts is satisfied whereby Discovery and MerchSource, within three (3) business days of receiving notice from Color Me of an instance of a person or entity using the words "Color Me" to market cardboard products sold to it by MerchSource, contact such persons or entities (through their normal course of business contacts) to request that those persons or entities modify the description of such items to comply with the permanent injunction.

4.    Notwithstanding anything to the contrary herein, the permanent injunction does not apply to sales of remaining inventories of Covered Products in the possession of MerchSource's customers as of the entry of this permanent injunction.  Such customers will be allowed to sell through their remaining inventory of Covered Products.

5.    The parties' claims and counterclaims otherwise shall be dismissed with prejudice, with no award of attorney's fees or costs to any party.

STIPULATION AND PERMANENT
INJUNCTION -- 4

**ATKINS IP**
93 South Jackson Street #18483
Seattle, WA 98104-2818
(206) 628-0983/Fax: (206) 299-3701

1

2    DATED this 7th day of July, 2013.

3

4    _____

5    ROBERT J. BRYAN
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND PERMANENT
INJUNCTION -- 5

**ATKINS IP**
93 South Jackson Street #18483
Seattle, WA 98104-2818
(206) 628-0983/Fax: (206) 299-3701

1   Jointly presented by:

2

3   By /s/ Michael G. Atkins
       Michael G. Atkins
       WSBA# 26026
4      Atkins Intellectual Property, PLLC
       93 South Jackson Street #18483
5      Seattle, WA 98104-2818
       T (206) 628-0983/F (206) 299-3701
6      E-mail:  mike@atkinsip.com

7   By /s/ Venkat Balasubramani
       Venkat Balasubramani
8      WSBA# 28269
       Focal PLLC
9      800 Fifth Avenue, Suite 4100
       Seattle, WA 98104-3100
10

11  Attorneys for Plaintiff Color Me House Inc.

12  By /s/ Edward F. O'Connor
       Edward F. O'Connor
       Connie Limperis
13     Jennifer Hamilton
       *Pro Hac Vice*
14     The Eclipse Group
       2020 Main Street, Suite 600
15     Irvine, CA 92614

16

17

18  By /s/ H. Troy Romero
       H. Troy Romero
       WSBA# 19044
19     Craig Simmons
       WSBA# 38064
20     Romero Park P.S.
21     155 108th Avenue, NE Suite 202
       Bellevue, WA 98004

22  Attorneys for Defendants Discovery
23  Communications Inc. and MerchSource, LLC

24

25

26

STIPULATION AND PERMANENT
INJUNCTION -- 6

**ATKINS IP**
93 South Jackson Street #18483
Seattle, WA 98104-2818
(206) 628-0983/Fax: (206) 299-3701